**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STEPHANIE YVONNE THUMBTZEN,

Plaintiff,

v.

UBISOFT, INC., et al,

Defendants.

Case No. 8:15-cv-01735-SDM-EAJ

**MEDIATION REPORT**

In accord with the mediation order, a mediation occurred on **May 23, 2016.**

(a) The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

√ All individual parties and their respective trial counsel.

√ Designated corporate representatives.

**n/a** Required claims professionals.

**(b)** The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate: **None.**

(c) The result of the mediation:

_______ The action completely settled. In accord with Local Rules 3.08 and 9.06(b), lead counsel must notify the Court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the mediator.

Comments:

_______ The action partially resolved. Lead counsel must file within ten days a joint stipulation resolving the settled claims. The following issues remain:

Comments:

_______ The action neither settled nor failed to settle.

Comments:

___√___ **The parties failed to settle**.

Comments:

Reported on May 23, 2016, in Tampa, Florida.

***s/Robert M. Daisley***

Robert M. Daisley, Certified Federal Mediator
ROBERT MICHAEL DAISLEY, P.A.
4006 S. MacDill Ave.
Tampa, FL 33611
(813) 835-7722
(813) 489-2988 (fax)
rob@daisleymediation.com

cc: Counsel of record (via CM/ECF)