# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**STEPHANIE YVONNE THUMBTZEN,**

     **Plaintiff,**

**v.**                                                **Case No.: 8: 15-cv-1735-T-23EAJ**

**UBISOFT INC., and OPTIMUM**
**PRODUCTIONS,**

     **Defendants.**

_____/

## ORDER

Before the Court is Plaintiff's Motion to File Under Seal Exhibit A in Support of Plaintiff's Response in Opposition to Defendats' [sic] Motion for Summary Judgment (Doc. 101).  Plaintiff's Motion does not provide "an identification and description of each item submitted for sealing" or otherwise satisfy the requirements of Local Rule 1.09, Middle District of Florida.

Accordingly, it is **ORDERED** that Plaintiff's Motion to File Under Seal (Doc. 101) is **DENIED without prejudice.**

**DONE AND ORDERED** in Tampa, Florida on this 16th day of August, 2017.

_Amanda Arnold Sansone_
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge